# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA WILKERSON, | CASE NO. CV-F-05-0583 REC LJO |
| Plaintiff, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
| vs. | |
| ROBERT BUTLER, | |
| Defendant. | |

The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge. Thus, on the basis of good cause, this action is referred to United States Magistrate Judge Lawrence J. O'Neill for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(c) and F.R.Civ.P. 73(c).  **All further papers shall bear the new case number CV-F-05-0583 LJO**.

IT IS SO ORDERED.

**Dated: May 26, 2005**                              /s/ Robert E. Coyle
668554                                               UNITED STATES DISTRICT JUDGE

1